**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00240-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. BRANDON WILLIAM LEDBETTER,

    Defendant.

## ORDER GRANTING MOTION FOR SENTENCE RECONSIDERATION

**Blackburn, J.**

The matter before me is the **Government's Motion for Reduced Sentence Pursuant to Fed. R. Crim. P. 35(b)(2)(B)** [#29][1] filed March 12, 2010. I grant the motion.[2]

The chronology of relevant events is uncontroverted. On February 6, 2009, I orally announced the imposition of sentence against defendant. *See* [#26] and **Fed.R.Crim.P. 35(c)**. On February 10, 2009, I entered the concomitant Judgment in a Criminal Case. *See* [#27]. On March 12, 2010, the government filed the instant motion. *See* [#29].

At the sentencing hearing on February 6, 2009, I granted the **Government's**

---

[1] "[#156]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] I do so without response, hearing, or appointment of defense counsel, concluding that the relief requested is likely to be unopposed.

**Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1**, see [#25] and USSG §5K1.1, and departed downward from 92 months to 74 months imprisonment.[3] Thus, I sentenced the defendant to a term of imprisonment of 74 months.

In its Rule 35(b) motion the government requests a further reduction in sentence based on defendant's substantial assistance rendered subsequent to sentencing. The government recommends a further reduction from 74 months to 46 months.[4] See Motion at 2.

The government's motion implicates Fed. R. Crim. P. 35(b)(2)(B). I find and conclude that the averments of the motion establish the factual and legal foundational predicate for further sentence reduction under Fed. R. Crim. P. 35(b)(2)(B). Thus, the motion should be granted and the extant sentence should be reduced from 74 months to 46 months.

**IT IS ORDERED** as follows:

1. That the **Government's Motion for Reduced Sentence Pursuant to Fed. R. Crim. P. 35(b)(2)(B)** [#29] filed March 12, 2010, is granted;

2. That effective forthwith defendant's sentence to imprisonment is reduced from 74 months to 46 months imprisonment in the Bureau of Prisons;

3. That on release from imprisonment, defendant shall be placed on supervised release for a term of three (3) years, subject to the mandatory, standard, and explicit

---

[3] The initial, total, adjusted, advisory offense level was 23, and the advisory, criminal history category was VI, which produced an advisory, guideline, sentencing range of 92 to 115 months.

[4] The government does not seek to disturb the term of supervised release and the mandatory, standard, and explicit conditions of supervised release imposed by the court at sentencing.

conditions of supervised release announced orally during the sentencing hearing on February 6, 2009, and reiterated in writing in the judgment [#27] entered on February 10, 2009;

    4. That within 72 hours of his release from imprisonment, the defendant shall report in person to the nearest United States Probation Department within the federal district in which he is released;

    5. That the defendant remains subject to the terms and provisions of the parties' plea agreement [#21] filed October 24, 2008; and

    6. That the **Judgment in a Criminal Case** [#27] entered February 10, 2009, shall be amended and supplemented to the extent necessary to facilitate and implement these orders.

    Dated May 5, 2010, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge